■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORVILLE ETORIA, Appellant. [730 NYS2d 738] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 29, 1999 (*People v Etoria,* 266 AD2d 559), affirming a judgment of the Supreme Court, Kings County, rendered May 15, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Krausman, J. P., McGinity, Feuerstein and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FARR, Appellant. [730 NYS2d 739] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 28, 1999 (*People v Farr,* 262 AD2d 655), affirming a judgment of the Supreme Court, Kings County, rendered June 17, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., S. Miller, Smith and Cozier, JJ., concur.